UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WWESTERN DIVISION

NO. 5:09-CR-251-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| GEORGE JEFFERSON III | |

On motion of the Defendant, George Jefferson, and for good cause shown, it is hereby ORDERED that the [DE #170] be sealed until further notice by this Court.

IT IS SO ORDER.

This __28th__ day of May, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge