UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-251-FL

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GEORGE JEFFERESON III | ) | |

Upon motion of the United States, for good cause shown, and for the reasons stated in the motion, it is hereby ORDERED that D.E. 174 be sealed by the Clerk from this date until further order by this Court.

This the   5th   day of June 2019.

_____
LOUISE W. FLANAGAN
United States District Judge

.